GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.Owen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-01456-001-PHX-MTL |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' OBJECTION TO DEFENDANT'S THIRD MOTION TO CONTINUE SENTENCING** |
| Eric Celaya, | |
| Defendant. | |

The United States, through undersigned counsel, moves this Court to deny the Defendant's Third Motion to Continue Sentencing. Defendant has failed to present arguments that support the continuance. These arguments support a request for a self-surrender date, which, barring poor performance on pretrial release, the United States will not object to. Defendant has continued sentencing for five months and the United States has an interest in resolving this matter.

I.    <u>Fact and Procedural History</u>

On January 19, 2023, Defendant responded to an ad requesting someone with a valid identification purchase a firearm in exchange for money. The poster of the ad, Jamie Tran, instructed Defendant to purchase two firearms for him from Alpha Dog, a Federal Firearms Licensee in Arizona. Tran, a prohibited possessor under California law and California resident, sought two firearms, to include an AK-47 assault rifle. Despite

1  Defendant knowing nothing about Tran, he went to Alpha Dog and purchased the firearms
2  for Tran. During the purchase he lied on the Firearms Transaction Record paperwork,
3  known as ATF Form 4473, about the firearms being for himself. Defendant provided both
4  firearms to Tran.

5        Just under a month from that straw purchase transfer, at approximately 9:45 a.m. on
6  February 15, 2023, Tran drove to the Pico-Robertson neighborhood of Los Angeles,
7  located an individual, identified as "Victim A," who was wearing a black jacket and
8  yarmulke, and had just left religious services at a synagogue. Tran shot Victim A in the
9  back at close range, intending to kill him, but Victim A, though wounded, survived.

10       The following morning, Tran returned to the Pico-Robertson area, intending to kill
11 another Jewish person. At approximately 8 a.m., Tran approached an individual wearing a
12 dark-colored jacket and yarmulke and who is identified as "Victim B." Tran, intending to
13 kill Victim B, shot and wounded the victim, who survived the attack.

14       Tran used the firearms straw purchased by Defendant to commit these acts. Prior to
15 Trans attacks he searched for a location that would cause damage to the Jewish community.
16 Tran was charged with Hate and Gun crimes by the United States Attorney's Office in the
17 Central District of California. On September 30, 2024, he was sentenced to 35 years in
18 prison.

19       On May 23, 2023, agents spoke with Defendant about his involvement in this case.
20 He admitted to making the purchase and providing the firearms to Tran.

21       On August 13, 2023, he was arrested for a DUI, which occurred after the straw
22 purchase in which he is charged.

23       On October 27, 2023, he was arrested for this instant offense.

24       On May 15, 2024, Defendant entered a plea agreement in this case.

25       On May 17, 2024 and September 10, 2024, Defense filed motions to continue
26 sentencing based upon Defendant serving a sentence and complying with terms of his
27 sentence in the DUI.

28

On September 13, 2024, Defendant's sentencing was reset to October 28, 2024. Defendant was released from custody on the DUI on September 20, 2024 and immediately began a 144 day program which he is using now as the basis for the continuance.

II.   Objection

The Defendant entered the plea agreement on May 5, 2024. Counsel represented on two occasions that Defendant needed additional time to complete a lower-level Court's sentence. Despite those representations, Defendant is now seeking a 4-month continuance because, although he knew he would be sentenced on this date, Defendant began a financial commitment in the underlying sentence that would interfere with this sentence and result in a custodial sentence in the underlying case.

It appears, the Defendant is seeking a continuance of this sentencing date in an effort to avoid a custodial sentence in a crime that occurred after the crime in this present offense. The Defendant has failed to present arguments that support continuing the sentencing date in this case, and instead presents arguments that would support a request for a self-surrender date if a custodial sentence is ordered.

If the Court finds the Defendant's arguments compelling, and wishes to impose a custodial sentence, the Court may set the Defendant to self-surrender after completion of he sentenced in the DUI. The United States would not object to a self-surrender date.

Should the Court wish to sentence the Defendant to a custodial sentence, which it wishes to be served now, the Defendant may be able to serve the term on his DUI at the same time as this offense – depending on coordination of his attorneys in both matters.

//
//
//
//
//
//

Ultimately, despite the fact that this offense is not considered a "victim" crime, the Defendant's actions in this case allowed a prohibited possessor to commit a Hate Crime and shoot members of the Jewish community. A lengthy continuance has already been granted and none of the reasons stated in Defendant's motion support a further continuance. The United States has an interest in resolving this matter, and for the reasons listed above, the United States asks for the Court to deny the Defendant's motion to continue sentencing for a third time.

Respectfully submitted this 10th day of October, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Addison Owen*
ADDISON OWEN
Assistant U.S. Attorney

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 10, 2024, I electronically transmitted the |
| 3 | attached document to the Clerk's Office using the CM/ECF System for filing and |
| 4 | transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |

*s/ A. Owen*
U.S. Attorney's Office